United States District Court
Southern District of Texas

**ENTERED**

March 26, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAJPAL S., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-184 |
| | § | |
| SARA SALINAS, *as Lieutenant, Port Isabel* | § | |
| *Detention Center*, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Rajpal S. is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. (Pet., Doc. 1)  Petitioner's daughter, Lena S., filed the Petition for Writ of Habeas Corpus as next friend of Petitioner. (*Id.*) The Petition contains allegations regarding statutory and constitutional violations concerning Petitioner's detention, and requests his immediate release from detention.

The record contains no indication that Lena S. is an attorney.  On February 24, 2026, a United States Magistrate Judge issued an Order (Doc. 7) requiring Petitioner to file a Statement explaining why Singh may lawfully serve as next friend for Petitioner.  The Order indicated that "if the Court determines that the Statement does not meet the requirements of Federal Rule of Civil Procedure 17, the Court may dismiss the case without prejudice." (*Id.* at 2)

On March 4, Petitioner submitted a Statement, arguing that Singh could represent him because his anxiety and anguish diminish his competency, Singh possesses superior English skills than Petitioner, his detention restricts his access to required resources such as printing and copying, Respondents' frequent relocation of Petitioner exacerbates his inability to represent himself, and he lacks access to a lawyer. (Statement, Doc. 9)

On March 11, the Magistrate Judge issued a Report and Recommendation, recommending that the Court dismiss the Petition without prejudice because Petitioner does not meet the

standard for incompetence under New York law, and Lena S. cannot otherwise represent Petitioner in this Court. (R&R, Doc. 11)  No party objected to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 11).  It is:

**ORDERED** that Petitioner Rajpal S.'s Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on March 26, 2026.

Fernando Rodriguez, Jr.
United States District Judge